COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| GARRETT G.B. ROBB, | | No. 08-11-00236-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 327th District Court |
| | § | |
| HORIZON COMMUNITIES | | of El Paso County, Texas |
| IMPROVEMENT ASSOCIATION, INC., | § | |
| | | (TC # 2010-3453) |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there is error in the judgment of the court below.  We therefore vacate the judgment and remand the cause to the trial court for further proceedings, in accordance with this Court's opinion.  We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice


Before McClure, C.J., Rivera, and Rodriguez, JJ.